# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# SENTENCING MINUTES FOR
# HONORABLE JOSE E. MARTINEZ

Deft:  Carlos Alfredo Verdeza         Case No: 1:19-20470-001-CR-MARTINEZ
Clerk: Diane Quinn                    Date: February 1, 2021

Reporter: Dawn Savino                 USPO: Clara Lyons


AUSA: Cristopher Clark                Marc Seitles, Esq.; Ashley Litwin, Esq.
Interpreter: Sylvia Zetterstrand

## SENTENCING
## JUDGEMENT AND SENTENCE

**Imprisonment:**          Months          Count(s)
                             48             2, 5, 7

All terms to run concurrently.

**Supervised Release**/Probation    Year(s)       Count(s)
                                      3           2, 5, 7

All terms to be served concurrently.

**Special Conditions:**  Financial Disclosure Requirement; No New Debt Restriction; Self-Employment Restriction; Health Care Business Restriction; Unpaid Restitution, Fines or Special Assessments; and Relinquishment of Licensure.

**Special Assessment:** $100.00 as to Counts Two, Five and Seven, for a Total of $300.00

Restitution:  $1,195,877.00

Court advised defendant of right to appeal.

## CUSTODY

_____ Remanded to the Custody of the U.S. Marshal Service in Miami, Florida.
_____ Release on Bond pending appeal.
  X   Self-Surrender at the US Marshal Service for this District, 400 N Miami Ave, **on Monday, April 6, 2021 before 12:00 p.m.**

Commitment Recommendation:  The defendant shall be assigned to a facility as close to the Southern District of Florida as possible commensurate with his background and the offense of which he stands convicted.
Passport Instruction: The probation office has possession of the defendant's United States passport. It is ordered the probation office is to send passport to the Department of State.